*Thursday, October 20, 1994*
## DISCIPLINARY DOCKET

**DD 88–30.** Disciplinary Counsel v. Freeman. On amended motion to strike. Motion denied.
RESNICK, J., dissents.
WRIGHT, J., not participating.

## MOTION DOCKET

**94–2218.** State ex rel. Lash v. Trikilis. *Medina County,* No. 2339–M. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of the motion for stay of appellant Nick Trikilis,

IT IS ORDERED by the court that the motion for stay be, and the same is hereby, denied, effective October 19, 1994.